UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CONSTANCE DE SOUZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-000640 |
| ) | |
| CNA FINANCIAL CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Peraton Inc., by counsel, Kiernan Trebach LLP, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, hereby provides the following corporate disclosure statement:

Peraton Inc. is a corporation that is wholly owned by Peraton Corp. Peraton Corp. is wholly owned by Peraton Holding Corp., which is held through holding entities by investment funds sponsored by Veritas Capital. No publicly held company holds 10% or more of the equity of Defendant Peraton Inc. or any of its parent companies.

Dated: April 26, 2024             Respectfully submitted,

/s/ *R. Michael Trumble*
R. Michael Trumbe (VSB No. 91133)
KIERNAN TREBACH LLP
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Tel.: (202) 712-7000
Fax: (202) 712-7100
mtrumble@kiernantrebach.com
*Counsel for Defendant Peraton Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2024, a true copy of the foregoing was sent via electronic mail and/or the Court's electronic filing system to:

Rakin R. Hamad
Curcio Law
700 North Fairfax Street, Suite 505
Alexandria, VA 22314
*Attorney for Plaintiff*

Margaret Fonshell Ward
Downs Ward Bender Herzog & Kinitigh, P.A.
Executive Plaza 3, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
*Counsel for CNA Financial Corporation*

                                                      /s/ *R. Michael Trumble*
                                                      R. Michael Trumble